UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


DANA JOE DENTON, and          )
PATRIZIAA. DENTON,            )
          Plaintiff,          )
                              )          **JUDGMENT IN A CIVIL CASE**
        v.                    )
                              )          **CASE NO. 7:15-CV-211-D**
SHAPIRO & INGLE, LLP,         )
          Defendant.          )


**Decision by Court.**
This action came before this Court for ruling as follows.


**IT IS ORDERED, ADJUDGED, AND DECREED** defendant's motion to dismiss for failure to state a claim upon which relief can be granted [D.E. 13] is GRANTED. The amended complaint [D.E. 7] is DISMISSED without prejudice. Plaintiffs' motion for summary judgment [D.E. 16] is DENIED.


SO ORDERED. This 17th day of February, 2016.


**This Judgment Filed and Entered on February 17, 2016, and Copies To:**

Dana Joe Denton          (via US mail sent to 4413 Dewberry Road , Wilmington, NC 28405)
Patrizia A. Denton       (via US mail sent to 4413 Dewberry Road , Wilmington, NC 28405)
Jason K. Purser                          (via CM/ECF Notice of Electronic Filing)


DATE:                              JULIE RICHARDS JOHNSTON, CLERK
February 17, 2016                  (By)  /s/ Nicole Briggeman
                                    Deputy Clerk